IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | | |
|---|---|---|
| Civil Action: | 13-cv-02872-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: | January 15, 2014 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                        *Counsel:*

WILLIAM A. COYLE,                                              *Pro Se (appearing by telephone)*

      Plaintiff,

v.

THEODORE LAURANCE, *et al.*,                        Jacquelynn N. Rich Fredericks

      Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:      10:08 a.m.**
Court calls case.  Appearance of counsel and *pro se* Plaintiff.

The court addresses the parties regarding the purpose of the Preliminary Scheduling Conference and the pending motions in the case.

Discussion between the court and Plaintiff regarding **Motion to Appoint Council** [sic] **to Petitioner** [Doc. No. 14] and **Motion: Tempary** [sic] **Restraining Orders** [Doc. No. 16].

For the reasons stated on the record, it is

**ORDERED:**          *Motion to Appoint Council* [sic] *to Petitioner* [Doc. No. 14, filed 11/22/2013] is **DENIED without prejudice.**

**ORDERED:**          *Motion: Tempary* [sic] *Restraining Orders* [Doc. No. 16, filed 11/25/2013] is **DENIED without prejudice.**

Discussion between the court and Plaintiff regarding his **Notice to the Courts** [Doc. No. 17] and if further action by the court is necessary.  Mr. Coyle notes in light of the court's ruling with respect to Doc. No. 16, the Notice can be withdrawn.

ORDERED:          Plaintiff's *Notice to the Courts* [Doc. No. 17, filed 11/25/2013] will be considered **WITHDRAWN.**

Discussion held regarding Defendant Laurance's **Motion to Dismiss**, the filing of a Response, if additional time is needed, and Mr. Coyle's allegations in the Complaint.

**ORDERED:**     Plaintiff's deadline to file a Response to Defendant's Motion to Dismiss is extended to **March 3, 2014.**

Discussion held regarding service on Defendant Mechelle and clarification of consenting to Magistrate Judge jurisdiction.

Defense counsel notes a Waiver of Service of Summons was entered with respect to Michelle Gonzales and will file a pleading on her behalf by the end of the week.

HEARING CONCLUDED.
**Court in recess:**     **10:38 a.m.**
Total time in court:     00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.