**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02872-CMA-CBS

WILLIAM A. COYLE,

    Plaintiff,

v.

THEODORE LAURENCE, P.A., Official and Individual capacity, and
MECHELLE "DOE", a/k/a NURSE MECHELLE, Official and Individual capacity,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming the May 15, 2014 Recommendation of United States Magistrate of Judge Christine M. Arguello entered on June 5, 2014 it is

ORDERED that that Defendant Laurance's Motion to Dismiss (Doc. # 21) is GRANTED, Defendant Gonzales's Motion to Dismiss (Doc. # 28) is GRANTED, and Plaintiff's Motion for Temporary Restraining Order (Doc. # 32) is DENIED.  It is further

ORDERED that Plaintiff's complaint (Doc. # 1) is DISMISSED WITHOUT PREJUDICE. Plaintiff has thirty days from the date of this order to refile a complaint that addresses the deficiencies identified in Magistrate Judge Shaffer's order. It is further

Ordered that Defendants Laurance and Gonzales shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry

of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas
Deputy Clerk